IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS C. SNYDER**  **PLAINTIFF**
**ADC #110363**

v.  Case No. 4:24-cv-00837-LPR-ERE

**LAFAYETTE WOODS, JR., et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 25). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Defendant Johnson's Motion to Dismiss (Doc. 21) is DENIED. Plaintiff may proceed on his claims against Defendant Johnson.[1]

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Just to turn square corners, the Court orders the service window retroactively extended until the day after service was completed on Mr. Johnson. The extension is justified as set out in the PRD.