IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS C. SNYDER**  **PLAINTIFF**
**ADC #110363**

v.     Case No. 4:24-cv-00837-LPR-ERE

**LAFAYETTE WOODS, JR., et al.**   **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 49). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, the County Defendants' Motion to Compel (Doc. 35) is DENIED as MOOT. Plaintiff's claims against County Defendants Lafayette Woods, Jr. and Jimmy Hudson are DISMISSED without prejudice based on Plaintiff's failure to (1) comply with the Court's September 3, 2025 Order, and (2) participate in discovery. The Clerk is directed to terminate Lafayette Woods, Jr. and Jimmy Hudson as parties to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's submission of Doc. 55 does not change the outcome here. Doc. 55 contains Plaintiff's responses to discovery requests posed by Defendant Johnson. Plaintiff has not specifically responded to the discovery requests posed by Defendants Woods and Hudson.