IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS C. SNYDER**  **PLAINTIFF**
**ADC #110363**

v.  Case No. 4:24-cv-00837-LPR-ERE

**LAFAYETTE WOODS, JR., et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 50). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, the Medical Defendants' Motions for Summary Judgment (Docs. 39 & 42) are DENIED.

IT IS SO ORDERED this 8th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This would be a different case if Defendants had provided any record evidence—even just a declaration—that Plaintiff did not exhaust his administrative remedies. But that is not the case at bar. Indeed, the relevant Statements of Undisputed Facts are carefully crafted to address the lack of Plaintiff's evidence of exhaustion as opposed to affirmative statements that Plaintiff failed to exhaust. *See* Doc. 41 ¶¶ 4–6; Doc. 44 ¶¶ 4–6.