## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DENNIS C. SNYDER**                                                           **PLAINTIFF**
**ADC #110363**

**v.**                                    **Case No. 4:24-cv-00837-LPR-ERE**

**LAFAYETTE WOODS, JR., et al.**                                              **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 67). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Defendant Green's Motion to Compel (Doc. 60) is DENIED as MOOT. Plaintiff's claims against Defendant Green are DISMISSED without prejudice based on Plaintiff's failure to (1) comply with the Court's January 16, 2026 Order, and (2) participate in discovery. The Clerk is directed to terminate Erika Green as a party to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's submission of Doc. 64 does not change the outcome here. Doc. 64 relates to discovery requests posed by Defendant Johnson. Plaintiff has not specifically responded to the discovery requests posed by Defendant Green.